FILED
CLERK, U.S. DISTRICT COURT
JAN 21 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> REYNALDO ORTIZ, ) <br> ) <br> Defendant. ) | Case No.: CR 92-386-AHM <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District of Cal.</u> for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>the nature of the alleged violations</u>

1
2
3
4     and/or
5  B.  (✓)  The defendant has not met his/her burden of establishing by
6     clear and convincing evidence that he/she is not likely to pose
7     a danger to the safety of any other person or the community if
8     released under 18 U.S.C. § 3142(b) or (c). This finding is based
9     on: _the nature of the alleged violations._
10
11
12
13
14     IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated: 1/21/09
18
19                              _[signature]_
20                              _____
21                              UNITES STATES MAGISTRATE JUDGE
22                              **CARLA M. WOEHRLE**
23
24
25
26
27
28

2